

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00169-CV

**SHILOH ENTERPRISES, INC**.,
Appellant

v.

**FREP NEW BRAUNFELS, L.L.C**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-10605
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On June 16, 2014, we granted the parties' joint motion to abate this appeal. In the motion, the parties represented that they were attempting to finalize a settlement in this case and that they anticipated the settlement process would take no more than thirty (30) days. The parties further represented that if final settlement did not occur, the appellant would move for reinstatement of this appeal within thirty (30) days. As of this date, neither a motion to reinstate this appeal nor a motion to voluntarily dismiss this appeal has been filed. Accordingly, the abatement of this appeal is LIFTED, and this appeal is REINSTATED on the Court's docket. **Appellant's brief is due no later than thirty (30) days from the date of this order.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court